# Court of Appeals
# of the State of Georgia

ATLANTA,___June 26, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15D0450. NEIL L. WILCOVE v. KELLY C. WILCOVE.

Neil and Kelly Wilcove divorced in 2008. Kelly Wilcove subsequently filed a motion for contempt against Neil Wilcove, alleging that he had violated several provisions of the parties' divorce decree, including his obligation to pay medical expenses, insurance health premiums, and "special expenses." The trial court held Neil Wilcove in contempt, ordering him to pay reimbursements for medical expenses and insurance premiums, as well as arrearages of $700 per month in "special expenses." Neil Wilcove filed this application for discretionary appeal from the trial court's ruling. We, however, lack jurisdiction.

Under the Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6), the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." "[A]n appeal from the judgment in a contempt action seeking to enforce any portion of [a] divorce decree other than child custody is ancillary to divorce and alimony and falls within [the Supreme] Court's jurisdiction over 'divorce and alimony cases.' [Cits.]"*Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004); see also *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008). Because the Supreme Court has jurisdiction over Neil Wilcove's appeal, we hereby TRANSFER this case to the Supreme Court of Georgia.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,*_____06/26/2015_____
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ , *Clerk.*